1

2                                              The Honorable Benjamin H. Settle

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF WASHINGTON
8                                    AT TACOMA

9   MANUEL GONZALES JR., a single man,

10                  Plaintiff,                    NO. 3:19-cv-05569-BHS

11           v.                                   **STIPULATED MOTION TO DISMISS
                                                  WITH PREJUDICE DEFENDANTS
12   ALLSTATE INSURANCE, a corporation            MICHAEL CABIN AND MICHELLE
     doing business in Washington, and            WELCH AND TO AMEND CASE CAPTION**
13   MICHAEL CABIN, an individual, and
     MICHELLE WELCH, an individual,               **NOTE ON MOTION CALENDAR:
14                                                OCTOBER 17, 2019**
                    Defendants.
15

16          The parties, by and through their undersigned counsel, hereby stipulate to and

17   respectfully request that the Court dismiss Defendants Michael Cabin and Michelle Welch, and

18   all claims and causes of action asserted by Plaintiff against said defendants in the above-

19   captioned action, with prejudice and without attorneys' fees or costs to any party.

20          The parties further stipulate to and respectfully request that the Court amend the caption

21   in this action, as shown in attached Exhibit A, to remove Michael Cabin and Michelle Welch as

22   named defendants and reflect that Allstate Insurance is now the only named defendant in this

23   action.

24          //

25          //

26          //


STIPULATED MOTION TO DISMISS DEFENDANTS CABIN                    **FOX ROTHSCHILD LLP**
AND WELCH AND AMEND CAPTION                                      1001 FOURTH AVENUE, SUITE 4500
(CASE NO. 3:19-CV-05569-BHS) - 1                                         SEATTLE, WA 98154
                                                                        206.624.3600

227244\00214\103503916

DATED this 17th day of October, 2019.

THE LAW OFFICE OF GAVIN FLYNN          FOX ROTHSCHILD LLP


 *s/ Gavin Flynn*                              *s/ Bryan J. Case*
Gavin Flynn, WSBA #25781                Gavin W. Skok, WSBA #29766
                                        Bryan J. Case, WSBA #41781
*Attorney for Plaintiff*                  Laura P. Hansen, WSBA #48669

                                        *Attorneys for Defendants*

STIPULATED MOTION TO DISMISS DEFENDANTS CABIN
AND WELCH AND AMEND CAPTION
(CASE NO. 3:19-CV-05569-BHS) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227244\00214\103503916

## **ORDER**

This matter came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice Defendants Michael Cabin and Michelle Welch and to Amend Case Caption.  The Court has reviewed the foregoing Motion, if fully informed of the same and the Court file herein, and accordingly HEREBY ORDERS that the Motion is GRANTED and FURTHER ORDERS THAT:

1.      Defendants Michael Cabin and Michelle Welch, and all claims and causes of action asserted by Plaintiff against said defendants in the above-captioned action, are dismissed with prejudice and without attorneys' fees or costs to any party; and

2.      The Clerk of Court is directed to amend the case caption as shown in Exhibit A to the Motion and remove Michael Cabin and Michelle Welch as named defendants.

IT IS SO ORDERED.

Dated this 17th day of October, 2019.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO DISMISS DEFENDANTS CABIN
AND WELCH AND AMEND CAPTION
(CASE NO. 3:19-CV-05569-BHS) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600